IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

VICTOR BOLDREGHINI

VS               NO. 2:06CV00152 GH

FRITO LAY INC.

### **ORDER**

The Court having been advised that the above cause of action has been settled, it is hereby dismissed with prejudice. If any party desires that the terms of the settlement become a part of the record herein, they should be reduced to writing and filed with the Court within 30 days of this order. The court retains jurisdiction for 30 days from the date of this order.

DATED: APRIL 19, 2007

AT THE DIRECTION OF THE COURT

JAMES W. MCCORMACK, CLERK


BY: /s/ Patricia L. Murray
    COURTROOM DEPUTY CLERK